IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-01163-ADA |
| | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant*. | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

**JOINT MOTION TO EXCEED PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant salesforce.com, inc. ("Salesforce") move the Court to allow the parties to file identical briefs in all ten of the above-captioned cases, covering up to 20 terms across the 10 asserted patents, with the following page limits:

- Opening brief (Defendant): 50 pages;
- Responsive brief (Plaintiff): 50 pages;
- Reply brief (Defendant): 25 pages;
- Sur-reply brief (Plaintiff): 25 pages.

DATED: October 5, 2021                    Respectfully submitted,

By: */s/ Mark. D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**

        1508 North Valley Mills Drive
        Waco, Texas 76710
        Telephone: (254) 772-6400
        Facsimile: (254) 772-6432

        James L. Etheridge
        Texas Bar No. 24059147
        Ryan S. Loveless
        Texas Bar No. 24036997
        Brett A. Mangrum
        Texas Bar No. 24065671
        Travis L. Richins
        Texas Bar No. 24061296
        Jeff Huang
        Etheridge Law Group
        2600 E. Southlake Blvd., Suite 120/324
        Southlake, Texas 76092
        Tel.: (817) 470-7249
        Fax: (817) 887-5950
        Jim@EtheridgeLaw.com
        Ryan@EtheridgeLaw.com
        Brett@EtheridgeLaw.com
        Travis@EtheridgeLaw.com
        Jeff@EtheridgeLaw.com

        *Counsel for Plaintiff WSOU Investments, LLC*

DATED: October 5, 2021        Respectfully submitted,

        _/s/ Sam Stake_____
        Scott L. Cole
        scottcole@quinnemanuel.com
        Quinn Emanuel Urquhart & Sullivan, LLP
        201 West 5th Street
        11th Floor
        Austin, TX 78701
        Telephone: (737) 667-6104

        Kevin P.B. Johnson
        kevinjohnson@quinnemanuel.com
        Todd Briggs
        toddbriggs@quinnemanuel.com
        Ray R. Zado

rayzado@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant salesforce.com, inc.*

### **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 5, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  October 5, 2021                           */s/ Sam Stake*
                                                                    Sam Stake