UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br>*Defendant.* | § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-01163-ADA<br>CIVIL ACTION 6:20-cv-01164-ADA<br>CIVIL ACTION 6:20-cv-01165-ADA<br>CIVIL ACTION 6:20-cv-01166-ADA<br>CIVIL ACTION 6:20-cv-01167-ADA<br>CIVIL ACTION 6:20-cv-01168-ADA<br>CIVIL ACTION 6:20-cv-01169-ADA<br>CIVIL ACTION 6:20-cv-01170-ADA<br>CIVIL ACTION 6:20-cv-01171-ADA<br>CIVIL ACTION 6:20-cv-01172-ADA |

**ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

The Court, having considered the parties' motion for exceed page limits for claim construction briefing, finds that the motion has merit and thus hereby GRANTS the motion.

It is therefore ordered that, for purposes of the above-captioned actions only, the parties are to file identical briefs in all ten of the above-captioned cases, covering up to 20 terms across the 10 asserted patents, with the following page limits:

- Opening brief (Defendant): 50 pages;
- Responsive brief (Plaintiff): 50 pages;
- Reply brief (Defendant): 25 pages;
- Sur-reply brief (Plaintiff): 25 pages.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE