UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br>*Defendant.* | § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-01163-ADA<br>CIVIL ACTION 6:20-cv-01164-ADA<br>CIVIL ACTION 6:20-cv-01165-ADA<br>CIVIL ACTION 6:20-cv-01166-ADA<br>CIVIL ACTION 6:20-cv-01167-ADA<br>CIVIL ACTION 6:20-cv-01168-ADA<br>CIVIL ACTION 6:20-cv-01169-ADA<br>CIVIL ACTION 6:20-cv-01170-ADA<br>CIVIL ACTION 6:20-cv-01171-ADA<br>CIVIL ACTION 6:20-cv-01172-ADA |

**ORDER DENYING JOINT MOTION TO EXCEED PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

The Court, having considered the parties' motion to exceed page limits for claim construction briefing, hereby **DENIES** the motion (Dkt. No. 29). The parties are instructed to adhere to the page limits provided in the Court's Standing Order Governing Proceedings.

It is therefore ordered that the Clerk of the Court **STRIKE** Plaintiff's Opening Brief at Dkt. No. 31 and the related attachments at Dkt. No. 32 for each of the above-captioned cases. The parties may file identical briefs in all ten of the above-captioned cases, covering up to 20 terms across the 10 asserted patents, with the following page limits:

- Opening brief (Defendant): 45 pages;
- Responsive brief (Plaintiff): 45 pages;
- Reply brief (Defendant): 21 pages;
- Sur-reply brief (Plaintiff): 21 pages.

SIGNED this 29th day of October, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE