# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-1163-ADA CIVIL ACTION 6:20-cv-1164-ADA |
| *Plaintiff,* | § § § § | CIVIL ACTION 6:20-cv-1165-ADA CIVIL ACTION 6:20-cv-1166-ADA CIVIL ACTION 6:20-cv-1167-ADA CIVIL ACTION 6:20-cv-1168-ADA |
| v. | § § § | CIVIL ACTION 6:20-cv-1169-ADA CIVIL ACTION 6:20-cv-1170-ADA CIVIL ACTION 6:20-cv-1171-ADA |
| SALESFORCE.COM, INC, *Defendant.* | § | CIVIL ACTION 6:20-cv-1172-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

**TO THE HONORABLE COURT:**

Pursuant to the scheduling orders in these cases, the Parties joint submit this claim construction statement.

| -1163 Case, United States Patent No. 7,551,731 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "calling terminal" (Claims 1, 2, 7-11, 16-17)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a device that originates a call" |
| "called terminal" (Claims 10, 11)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a device to which a call is directed" |
| "changeable by at least one of the calling terminal and a network" (Claims 1, 10, 16)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "changeable by a device that originates a call or a network supporting that device" |
| "looking up, based on at least one of a hour, minute, second and day" (Claims 1, 10) | Plain and ordinary meaning | "looking up based on a particular point in time defined by at least an hour, |

| -1163 Case, United States Patent No. 7,551,731 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| (Proposed by Defendant) | | minute, second, or day (as opposed to an appropriate time)" |

| -1164 Case, United States Patent No. 8,209,411 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "messaging gateway" (Claims 1, 10, 18)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a device or program to connect disparate computer network environments and deliver content from the first network environment to a specific apparatus in the second network environment" |

| -1165 Case, United States Patent No. 8,280,928 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "directory" (Claims 1, 13)<br><br>(Proposed by Defendant) | The preambles of claims 1 and 13 do not recite "directory" as a limitation. | "An entity in a file system which contains a group of files and/or other directories" |
| "identifying a single initial descriptor that links a plurality of descriptors and two or more predecessor descriptors linking another single descriptor" (Claims 1, 13)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "identifying a single initial descriptor in a first level of the hierarchy, the single initial descriptor linked to a plurality of descriptors in a second level of the hierarchy, the plurality of descriptors linked to two or more predecessor descriptors in a third level of the hierarchy, and the two or more predecessor descriptors linked to another single initial descriptor that is in a fourth level of the hierarchy" |

| -1166 Case, United States Patent No. 8,335,819 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "first time request" (Claims 1, 8, 16)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a request before a client-side persistency file has been created or a request where no previous session information exists" |

| -1166 Case, United States Patent No. 8,335,819 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "scripting file" (Claims 1-2, 5, 7-9, 12, 14, 16-17)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "file written in a scripting language that is interpreted at runtime instead of being compiled into machine language instructions" |

| -1167 Case, United States Patent No. 8,369,827 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "Subscriber Profile Repository (SPR)" (Claims 1, 14)<br><br>(Proposed by Defendant) | Plain-and-ordinary meaning; the preambles of claims 1 and 14 do not recite "Subscriber Profile Repository (SPR)" as a limitation | "a logical entity containing all subscriber/subscription related information needed for subscription-based policies and Policy and Charging Control rules as defined by the 3GPP standard" |

| -1168 Case, United States Patent No. 8,391,892 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| The claimed order of steps 1-4 (Claim 1)<br><br>(Proposed by Defendant) | Claim 1 does not require a specific order for the steps Salesforce identifies. | The following steps of claim 1 must be executed in the order recited: "stor[ing]," "receiv[ing] a request," "allow[ing] or deny[ing] access," and "log[ging] the identity." |

| -1169 Case, United States Patent No. 8,923,899 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "Session Initiation Protocol (SIP) request" / "SIP request" (Claims 1-2, 6-9, 13-16)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a message conforming to the request message format of the Session Initiation Protocol specification as set forth in RFC 3261 published by the Internet Engineering Task Force" |
| "RESTful" (Claims 1, 3, 6-8, 10, 13-16)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "conforming to the Representational State Transfer (REST) architectural style consisting of architectural elements and a set of constraints applied to the elements of the architecture" |

| -1170 Case, United States Patent No. 9,088,493 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "[A] login of the user with one of the one or more online services" (Claims 1, 5)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "an entering of user information in order to access an online service" |
| "determining … a pattern of consistent usage from the timing information" (Claims 1, 5)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | Indefinite, or, in the alternative, "determining, based on applying a set of predefined rules to the timing information, that the user's usage of an online service is free from variation to a certain degree for a certain time window" |
| "a consistency of the determined pattern of consistent usage" (Claims 1, 5)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | Indefinite, or, in the alternative, "the extent to which the previously determined pattern of consistent usage is within a certain tolerance range or time window based on the predefined rules applied to the timing information" |

| -1171 Case, United States Patent No. 9,277,060 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "event" (Claims 1, 5, 8, 9, 11, 17, 18, 21)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "communication associated with an identifier" |
| "log(s)" (Claims 1, 2, 3, 11, 17, 21)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "a logically or physically separate data store that provides a history of prior communications and attempted communications of a single event type and is automatically updated without user input" |

| -1172 Case, United States Patent No. 9,336,320 (Disputed) | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| "presented in a manner indicating that the at least one menu item is unavailable" (Claims 1, 10)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "graphically depicting a previously selectable menu item that cannot be selected; removing the menu item is not graphically depicting" |
| "the menu items are associated with the two or more different services" (Claims 1, 10)<br><br>(Proposed by Defendant) | Plain and ordinary meaning | "the menu items are each associated with at least two different services" |

Date: December 6, 2021

Respectfully submitted,

By: /s/ James L. Etheridge
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@swclaw.com
STECKLER WAYNE COCHRAN CHERRY, PLLC

8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

*Counsel for Plaintiff WSOU Investments, LLC*

 /s/ Ray Zado
Scott L. Cole
scottcole@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667-6104

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Ray R. Zado
rayzado@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Salesforce.com, Inc.*

## Certificate of Service

I hereby certify that on November December 6, 2021, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

By: /s/James L. Etheridge
James L. Etheridge
